**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DAVID BLANKENSHIP, <br><br> *Defendant.* | No. 4:24-cr-00521-MAL |

**MEMORANDUM AND ORDER**

Before the Court is Defendant David Blankenship's objection, Doc. 86, to the magistrate judge's Report and Recommendation, Doc. 83, on the Motion to Suppress Evidence, Doc. 47. The **Report** and **Recommendation** recommended denying the Motion to Suppress Evidence, Doc. 47. Blankenship objects. Doc. 83. Because Blankenship objects, this Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).

Having reviewed de novo the report and recommendation from the magistrate judge, Doc. 83, the Court accepts the recommendation and **DENIES** Defendant David Blankenship's Motion to Suppress Evidence, Doc. 47. The Court also adopts the magistrate judge's report except as to Part IIIA. 28 U.S.C. § 636(b)(1)(C).

**IT IS HEREBY ORDERED** that the Report and Recommendation, Doc. 83, is sustained, adopted and incorporated herein except as to Part IIIA.

**IT IS FURTHER ORDERED** that Blankenship's motion to suppress evidence, Doc. 47, is **DENIED**.

**SO ORDERED,**

This 28th day of April, 2026.

_Maria A. Lanahan_
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE