UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DAVID BLANKENSHIP and | ) | No. 4:24-cr-521 MAL |
| KARLIE BLANKENSHIP, | ) | |
|     Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant David Blankenship's Motion to Continue Trial Date (Doc. [94]).  Trial in this matter for all defendants is currently set for July 20, 2026. Defendant David Blankenship's counsel states more time is needed to prepare for trial and is requesting 90 days. Additionally, counsel will be out of the district during the current trial setting.  The Government does not oppose the motion.  Defendant David Blankenship has filed an executed waiver of his rights under the Speedy Trial Act (Doc. [95]).

For the reasons stated in Defendant David Blankenship's motion, the Court finds that denying him a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).

Because Defendant David Blankenship's trial date will be continued, so will the trial date of his co-defendant, Karlie Blankenship.  *See* 18 U.S.C. § 3161(h)(6) (allowing for the exclusion of time when "the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

Accordingly,

**IT IS HEREBY ORDERED** that, as to both defendants, trial in this matter is continued to September 21, 2026, at 9:00 AM, in Courtroom 12S.

**IT IS FURTHER ORDERED** that, as to both defendants, the time between July 20, 2026, and September 21, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(6) and § 3161(h)(6).

Dated this 16th day of June, 2026.

_Maria A. Lanahan_
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE