UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:24-CR-521 MAL |
| | ) | |
| DAVID BLANKENSHIP, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Fourth Motion to Continue Trial Date (Doc. [107]). Trial in this matter is currently set for October 26, 2026. Counsel states additional time is needed to allow counsel to discuss the latest plea offer with Defendant. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [108]).

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [107]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **December 14, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that a status conference is set for **November 23, 2026, at 1:30 p.m.**, in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between October 26, 2026, and December 14, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 2nd day of October, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE